**Order entered November 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00657-CV

### ANGELA NAILS, Appellant

### V.

### MARK FRELS, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-15238**

## ORDER

Before the Court is appellant's "motion for loot due and any other amount due if any from dismiss appeal," which was filed on November 18, 2015. The motion is **DENIED**.

/s/     CRAIG STODDART
JUSTICE